# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| KASSAS NYENKAN SLEH, ) | |
| Petitioner, ) | |
| ) | Civil Action Number: |
| v. ) | 4:08-cv-1351-JFG-JEO |
| ) | |
| MICHAEL CHERTOFF, et al., ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The petitioner, Kassas Nyenkan Sleh (hereinafter "Sleh" or "the petitioner"), has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He alleges that he is being illegally detained by the respondents pending his repatriation to Liberia.  (Doc. 1).  The respondents have filed a motion to dismiss the case as being moot due to the fact that the petitioner was deported from the United States on December 2, 2008. (Doc. 6).

The respondents assert that due to Sleh's deportation and repatriation to Liberia,[1] the present petition is moot in that the court cannot provide additional relief.

Premised on the foregoing, the respondents' motion to dismiss (doc. 6) is due to be **GRANTED**, and Sleh's petition for a writ of habeas corpus is due to be **DISMISSED** as **MOOT**.  An appropriate order will be entered.

---

[1] The respondents have filed a copy of a declaration, made pursuant to 28 U.S.C. § 1746,  of Deportation Officer Juan E. Peguero stating that Sleh was "removed/deported" from the United States on December 2, 2008 to his native country of Liberia.  (Doc. 6 at 4, ¶ 15).



DONE and ORDERED 8 December 2008.

                                                **UNITED STATES DISTRICT JUDGE**
                                                         **J. FOY GUIN, JR.**